United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2021 DEC 13 PM 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion

### Petition for Writ of Habeas Corpus

1.) The Petitioner requests writ issue due to the following facts

2.) The Petitioner was arrested for trespass at the corner of Cod and Seafood Street, on October 10, 2021. The Petitioner asserts 4th amendment right violations at that time.

3.) The Petitioner is not a resident of the state, but is a citizen of the United States.

4.) The Petitioner asserts she has been isolated for approximately 9 weeks, without communication from a court appointed attorney, when the Petitioner spoke w/ for approximately 10 minutes at (1st time), what soever.

5.) The Petitioner has been without 1st amendment rights, experienced 8th amendment right violations, and without access to the court whatsoever.

6.) The Petitioner has experienced extension of the duration of isolation due to lack of access to the court, has not been able to pursue a legal action in regard to the civil rights violations, and has a liberty interest in not wanting to return to a possible 4th violation, behind double steel doors, in a 6x6 cell where she was beaten, but face charges of assault.

7.) The Petitioner asserts having experienced an atypical hardship over the period of 9 weeks, and could possibly face a extension of a PRETRIAL detainment from days to 6 months without having had access to the court or communication from any attorney whatsoever.

8.) The Petitioner did speak to a Mr. Martin on 2 occasions while being detained, Mr. Martin breeching confidentiality and taking a legal action addressed to the US District Court, the defendant being Wellpath and T FRONK.

9.) The Petitioner finds it difficult to address her legal issues while the court appointed attorney has knowledge as does Mr. Martin from the Suffolk County House of Correction, that there is or will be a legal action pending against him for lack of representation. Over the period of 9 weeks, causing the pretrial detainee to miss a court appearance on or about November 22, causing the Petitioner to be detained further, into several months, as many as 6 months or more. The detainee asserts 14th amendment violations to due process.

10.) An unlawful detainer(?) occurred when the detainee was moved to a prowary center, not having been seen or spoken to by any medical employees.

11.) The Petitioner has been moved at least 3 times re-entering isolation each time due to 1st amendment rights issues.

14.) The Petitioner continues to experience 1st amendment rights violations. So that she would eight addressed envelopes to the jail attorney "Mr. Martin" due to fear of retaliation if she mailed the legal actions.

15.) The Petitioner is given no information about her rights whatsoever.

16.) The Petitioner requests immediate release from the facility.

17.) The Petitioner has filed a formal grievance with the office/Board of Regents on or about November 5.?

Pro Se
Lorchiler A 21
No Final Address